IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

DR. RIAP,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-421-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                                                                       9/11/2018

Peter Oppeneer, Clerk of Court              Date